# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2015
_____

KEOSHA LEWIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


May 6, 2024


PER CURIAM.

DISMISSED.

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David W. Collins, Monticello, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.